STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/ Fax: (702) 388-5087
Alexandra.M.Michael@usdoj.gov

Counsel for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00025-HDM-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS (Doc. 52), (Doc. 53), AND (Doc. 54) |
| ANTHONY BARKLEY, | |
| Defendant. | |
| | *(Third Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Paul Riddle, Assistant Federal Public Defender for Defendant ANTHONY BARKLEY, that the deadline for Government's Response to Defendant's Motion to Suppress (Doc. 54), Government's Response to Defendant's Motion to Dismiss (Doc. 52), and Government's Response to Defendant's Motion to Inspect Grand Jury

Transcripts and Evidence Log (Doc. 53), currently set for August 28, 2017, be vacated and continued for four days to September 1, 2017, or to a date to be set at the Court's convenience.

This stipulation is entered for the following reasons:

1. Counsel for Government needs additional time to fully research and prepare a response to the Defendant's Motions.

2. The defendant is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

7. This is the third request for a continuance filed herein.

| /s/ | /s/ |
|---|---|
| ALEXANDRA MICHAEL | PAUL RIDDLE |
| Assistant United States Attorney | Counsel for Defendant ANTHONY BARKLEY |
| Counsel for the United States | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
         )    2:17-cr-00025-HDM-VCF
    Plaintiff, )
         )    ORDER CONTINUING
    vs. )    GOVERNMENT'S RESPONSE
         )    TO DEFENDANT'S MOTIONS
ANTHONY BARKLEY, )    (Doc. 52), (Doc. 53), AND (Doc. 54)
         )
         )
    Defendant. )    (*Third request*)
         )

## **FINDING OF FACTS**

This stipulation is entered for the following reasons:

1. Counsel for Government needs additional time to fully research and prepare a response to the Defendant's Motions.

2. The defendant is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

7. This is the third request for a continuance filed herein.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Motion to Suppress (Doc. 54), Government's Response to Defendant's Motion to Dismiss (Doc. 52), and Government's Response to Defendant's Motion to Inspect Grand Jury Transcripts and Evidence Log (Doc. 53) currently scheduled for August 28, 2017, be vacated and continued to September 1, 2017.

It is also **ORDERED** that the Defendant's Reply, be vacated and continued to September 11, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

August 29, 2017