# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cr-00025-HDM-VCF |
| ANTHONY BARKLEY, | **ORDER** |
| Defendant. | |

The Court has reviewed the Emergency Motion to Stay Magistrate Judge's Order Pending Appeal to the District Court (ECF No. 76).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the September 25, 2017 Order (ECF No. 73), granting defendant's motion to inspect the grand jury transcript and evidence log, is STAYED pending the outcome of the Government's intended objection to the report and recommendation.

DATED this 3rd day of October, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE