NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
nicholas.dickinson@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00025-HDM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (*First Request*) |
| ANTHONY BARKLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, and Osvaldo E. Fumo, Counsel for defendant Anthony Barkley, that the Preliminary Hearing currently scheduled for Tuesday, September 29, 2020, at the hour of 4:00 p.m. be vacated and continued to a date and time convenient for the Court, but in no event earlier than 14 days. This stipulation is entered into for the following reasons:

1. The defendant made his initial appearance on this petition for revocation on September 24, 2020.

2. On September 28, 2020, the assigned U.S. Probation Officer provided the government with discovery in this matter that included over six hours of body camera footage. The government is providing that discovery to defendant's cousel.

3. Counsel for the defendant will need additional time to review the discovery and to meet with the defendant on whether he wishes to proceed with a preliminary hearing.

4. The additional time requested herein is not sought for the purposes of delay, but to allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare.

5. The revocation hearing is scheduled for November 17, 2020. A two-week continuance will not affect the revocation hearing if defendant decides to go forward with the preliminary hearing.

6. The defendant is incarcerated and does not object to a continuance.

7. This is the first request for a continuance filed herein.

DATED this 29th day of September 2020.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

| */s/ Nicholas Dickinson* | */s/ Osvaldo E. Fumo* |
|---|---|
| NICHOLAS D. DICKINSON | OSVALDO E. FUMO |
| Assistant United States Attorney | Counsel for Anthony Barkley |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00025-HDM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY BARKLEY, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing in the above-captioned matter currently scheduled for September 29, 2020, at 4:00 p.m., be vacated and continued to Friday, October 16, 2020, at 3:00 p.m., in courtroom 3C.

IT IS SO ORDERED.

DATED this 29th day of September 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE